# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129518 (13)

VAUGHN WAYNE MONROE,

     Plaintiff-Appellant,

v

LARRY DENISTON,

     Defendant-Appellee.

SC: 129518
COA: 264069

_____

On order of the Chief Justice, the motion for reconsideration of the order of September 21, 2005 is considered and it is DENIED because it does not appear the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

Clerk